13cv5486

Most honored Justice,

I request that the request to Comcast via subpoena from Malibu Media to release my personal information be quashed on the basis that this is a fraudulent claim against me. I nor anyone in my household has ever accessed Malibu Media nor downloaded any material from them. The computers in my household have been checked and are absent of any information relating to Malibu Media having ever been downloaded. How Malibu Media was able to obtain my IP address is a mystery to me. It is very easy for people to obtain IP addresses of individuals in numerous illegal ways.

Malibu Media has been notorious at filing false and malicious claims against many individuals throughout the United States. They have retained counsels that have made threatening phone calls to individuals seeking monies to settle false claims, and some of these individuals in fear have submitted funds to them just to protect their good name, even though the claims against them have been false. It is well known throughout the internet that Malibu Media are what is referred to as "copyright trolls". Unlike their appearance to recoup funds based on copyright infringement, they are just interested in "shaking down" as many vulnerable consumers as possible with false claims.

I have notified the FBI office in Philadelphia and given them a copy of the papers which were sent to me. They are very interested in pursuing an investigation against Malibu Media.

As I am not able to present this motion to quash these claims against me, I have appointed my colleague  to present the motion on my behalf.

Sincerely,

10/5/13

