UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                          :
:                 Civil Action No. 2:13-cv-05486-LFR
            Plaintiff,                                      :
:
    vs.                                                     :
:
JOHN DOE subscriber assigned IP address                     :
76.124.31.253,                                              :
:
            Defendant.                                      :
:
------------------------------------------------------------X

## ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty days after the Court enters a ruling on the pending Motion to Quash [CM/ECF 7] to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 21st day of January, 2014.

By: _____
UNITED STATES DISTRICT JUDGE
Restrepo

1