UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
76.124.31.253,

                Defendant.
------------------------------------------------------------X

Civil Action No. 2:13-cv-05486-LFR

## ORDER GRANTING PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Fifth Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until June 24, 2014 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 29 day of May, 2014.

By: _____
UNITED STATES DISTRICT JUDGE

1