IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

        Plaintiff,

    v.                            Case No. 2:13-cv-05486-LFR

KYLE MOYER,

        Defendant.

_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Malibu Media, LLC, and Defendant Kyle Moyer, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed without prejudice.

WHEREFORE, Plaintiff and Defendant Kyle Moyer respectfully request that this Court enter an order dismissing without prejudice all Plaintiff's and Defendant Kyle Moyer's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                                      Respectfully submitted,

*/s/ Christopher P. Fiore*                      /s/ *Kyle Moyer*
Christopher P. Fiore, Esquire              Kyle Moyer
Fiore & Barber LLC                           100 Kleyona Ave.
425 Main Street, Suite 200                Phoenixville, PA 19460
Harleysville, PA 19438                      Phone:  484-356-7042
Phone 215-256-0205                         kylemoyer8315@yahoo.com
cfiore@fiorebarber.com                     *Attorney for Plaintiff*
       *Pro-Se  Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November___, 2014, the foregoing *Stipulation of Dismissal* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          By:  /s/ *Christopher P. Fiore*_____
                                          Christopher P. Fiore